1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Furlong, | No. CV-07-0570-PHX-MHM |
| Plaintiff, | **ORDER** |
| v. | |
| Equifax Information Services, LLC, et al., | |
| Defendants. | |

      Upon a review of the Court's docket in preparation of the Settlement Conference scheduled before the undersigned for Wednesday, November 28, 2007, the Court notes a Stipulation of Dismissal with Prejudice of Plaintiff's Claims as to Defendant Fairlane Credit Only has been filed. (docket #45)  The undersigned had not, however, received the remaining parties' settlement conference memoranda as ordered in the Court's Settlement Conference Order. (docket #42)

      The undersigned's judicial assistant placed a call to the Plaintiff and left a message inquiring as to the status of the his settlement conference memoranda.  A call was also placed to local defense counsel's office wherein the undersigned's judicial assistant was informed by Clara, secretary to attorney Daniel Steimel, that she believed the Plaintiff's claims with Equifax were settled but would reach out to lead counsel, Cara Lee Hergenroether, in Atlanta, Georgia, for confirmation.

1    The undersigned's judicial assistant has received a voice mail message from
2    Plaintiff David Furlong this same date advising he believes his claims with Defendant
3    Equifax will settle and if the need arises for a new settlement conference date the court
4    will be notified of the parties' desire for setting another settlement conference.   Cara Lee
5    Hergenroether, counsel for Defendant Equifax, has also left a voice mail message this
6    date advising she also believes the matter will be settled.
7    Accordingly,
8    Due to the parties' failure to comply with the Court's  Settlement
9    Conference Order by not providing the Court with settlement conference memoranda and
10   the likelihood that the parties will settle all remaining claims without court involvement,
11   **IT IS ORDERED vacating** the Settlement Conference scheduled before
12   the undersigned for **Wednesday, November 28, 2007 at 2:00 p.m.**
13   DATED this 27th day of November, 2007.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge

- 2 -